UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Geraldo Gonzalez</u>

        v.                 Civil No. 09-cv-234-JD

<u>Rockingham County Department
of Corrections, Superintendent</u>

O R D E R

    I herewith approve the Report and Recommendation dealing with plaintiff's request for preliminary injunction, Document #10, and the Report and Recommendation dealing with plaintiff's Complaint, Document #11, both by Magistrate Judge Muirhead dated September 10, 2009, no objection having been filed.

    SO ORDERED.

October 14, 2009                       */s/ Joseph A. DiClerico, Jr.*
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

cc:    Geraldo Gonzalez, pro se
        Jerome Robert Blanchard, Esq.