UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Geraldo Gonzalez

        v.                        Civil No. 09-cv-234-JD

Rockingham County
Department of Corrections, Superintendent


O R D E R

On November 4, 2009, a Pretrial Conference Via Telephone was scheduled before Magistrate Judge Muirhead. As Magistrate Judge is recused from this case, the pretrial scheduled for December 10, 2009 at 10 AM is cancelled.

In order to establish a discovery schedule in this case, the parties are ordered to complete and file, individually, by December 18, 2009, a discovery plan in a similar format as the one attached.

SO ORDERED.


November 23, 2009                          */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge


cc:    Geraldo Gonzalez, pro se
        Erik Moskowitz, Esq.